1  STEPHEN J. DUGGAN  (SBN 153817)
   Attorney at Law
2  250 Healdsburg Avenue, Suite 201
   Healdsburg, CA  95448
3  707-473-2800
   707-473-2801 (Fax)
4  stephenjduggan@comcast.net

5  Attorney for Plaintiff Katherine Laugero

**UNITED STATES DISTRICT COURT**

**NORTHERN CALIFORNIA DISTRICT**

**OAKLAND DIVISION**

| KATHERINE LAUGERO | Case No. __C 10-03756 CW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| THE BISHOP'S RANCH OF THE EPISCOPOL DIOCESE OF CALIFORNIA | |
| Defendant. | |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Katherine Laugero and Defendant The Bishop's Ranch of the Eipiscopol Diocese of California have settled the above action and, all terms having been complied with, hereby stipulate that the above-captioned action shall be dismissed with prejudice, including all claims asserted therein.

Each Party will bear her/its own attorney fees and costs.
//
//
//

STIPULATION FOR DISMISSAL                     1

Dated: February 14, 2011.

STEPHEN J. DUGGAN

Attorney for Plaintiff Katherine Laugero

Dated: February __, 2011.                    VOGL & MEREDITH

By: DAVID R. VOGL

Attorney for Defendant The Bishop's Ranch
Of the Episcopal Diocese of California

## ORDER

The stipulation for dismissal is GRANTED, and the entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 17, 2011.

THE HONORABLE CLAUDIA WILKEN

UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL                    2